**Appeal Dismissed and Memorandum Opinion filed November 8, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00718-CV**

---

**SUSAN LESLIE SACCOMEN, REBECCA BIERCE, JEFFREY WAYNE ENGLEDOW, LISA HUDOCK, JAIME LAIR, PAULA SCOTT, KEITH SUAREZ, AND VALERIE LYNN WILLIAMS, Appellants**

**V.**

**LINA HIDALGO, HARRIS COUNTY JUDGE, ET AL, Appellees**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-46699**

## MEMORANDUM OPINION

This appeal is from an order signed September 28, 2022. The appeal was to the Texas Supreme Court but the Harris County District Clerk subsequently, and erroneously, assigned this cause to this court. On October 26, 2022, the Harris County District Clerk advised this court of its error. Because this cause was erroneously assigned to this court, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot and Zimmerer